UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMULYA AYODYA and RAHUL SOLIPURAM,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

No.  2:25-cv-03621-DJC-SCR

FINDINGS AND RECOMMENDATIONS

Plaintiffs are proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  More than 90 days have passed since the filing of this action and no return/proof of service is on file, nor has any Defendant appeared.  Additionally, Plaintiffs did not respond to the Court's Order to Show Cause (OSC) issued on April 30, 2026.  Accordingly, the Court recommends that this action be dismissed for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).

**I.  Time Limit for Service**

Plaintiff filed this action on December 16, 2025.  ECF No. 1.  Summons issued on that same day.  ECF No. 2.  Federal Rule of Civil Procedure 4(l) states that "proof of service must be made to the court."  Federal Rule of Civil Procedure 4(m) provides in relevant part: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its

1

own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  The 90 days in which to effect service expired on March 16, 2026.  Plaintiffs have not a filed a return/proof of service, nor have Plaintiffs submitted a motion for extension of time to complete service.

The Court issued an OSC on April 30, 2026, directing Plaintiff to show cause within 14 days as to why the action should not be dismissed.  ECF No. 4.  The OSC cautioned that failure to respond would lead to a recommendation that the action be dismissed.  ECF No. 4 at 2.  Plaintiffs did not respond to the OSC.  Over five months have passed since the filing of the action, and Plaintiffs have not filed a return/proof of service.

Therefore, **IT IS HEREBY RECOMMENDED** that:

1.  This action be dismissed, without prejudice, for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m); and

2.  The Clerk be directed to enter Judgment and close this case.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  **Within fourteen (14) days** after being served with these findings and recommendations, either party may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 20, 2026.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2