UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMULYA AYODYA and RAHUL SOLIPURAM,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

No. 2:25-cv-03621-DJC-SCR

ORDER

Plaintiffs are proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On May 21, 2026, the Magistrate Judge filed findings and recommendations, which were served on Plaintiffs and which contained notice to Plaintiffs that any objections to the findings and recommendations were to be filed within 14 days. ECF No. 5. Plaintiffs have not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 21, 2026, are adopted in full;

2. This action is dismissed, without prejudice, for failure to effect service

pursuant to Federal Rule of Civil Procedure 4(m); and

3. The Clerk is directed to enter Judgment and close this case.

IT IS SO ORDERED.

Dated: **July 14, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Ayod3621.800